MARGARET POCHARI, Plaintiff, v. COUNTY OF WESTCHESTER et al., Defendants. TRUMID CONSTRUCTION CO., INC., Appellant, and GAMEWELL COMPANY, Respondent.— In our opinion the complaint and Trumid's cross complaint against Gamewell alleges active and passive negligence and, therefore, impleader is proper. A cross complaint or a third-party complaint is deemed sufficient on the pleadings if there is any possibility of liability over against a third party (*Putvin* v. *Buffalo Elec. Co.*, 5 N Y 2d 447; *Marzella* v. *Carlson Hoist & Mach. Co.*, 280 App. Div. 955; *Robinson* v. *Binghamton Constr. Co.*, 277 App. Div. 468; *Schoenfeld* v. *Four Leaf Clover Realty Corp.*, 273 App. Div. 824). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD COLEMAN, Appellant.— No opinion. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.